**Order entered November 12, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00518-CR
No. 05-14-00519-CR
No. 05-14-00520-CR

**MICHAEL WAYNE CAMPBELL JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-31211-Q, F12-31218-Q, F12-31219-Q**

## ORDER

The Court **REINSTATES** the appeals.

On October 24, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. On November 11, 2014, appellant filed a motion to dismiss his appeals. *See* TEX. R. APP. P. 42.2(a). Accordingly, we **VACATE** the October 24, 2014 order requiring findings. We will dispose of the motion to dismiss the appeals in due course.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE